UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEAN A. DOGLIETTO, individually
and on behalf of all other
similarly situated,

        Plaintiffs,

   v.

AT SYSTEMS WEST, INC., et al.,

        Defendants.

NO. CIV. S-05-2269 LKK/DAD

O R D E R

On January 23, 2006, the court granted plaintiff's motion to remand and ordered defendant to pay plaintiff's counsel the sum of $5,000 within thirty (30) days of the order. Defendant was also ordered to file a declaration with this court concurrently with its payment stating that this amount has been paid.

////

////

////

////

1

1  Defendant has failed to do so.  Accordingly, the court hereby
2  ORDERS defendant and defendant's counsel to show cause within five
3  (5) days of this order as to why each should not be held in
4  CONTEMPT by this court.
5      IT IS SO ORDERED.
6      DATED:  March 6, 2006.
7      /s/Lawrence K. Karlton
    LAWRENCE K. KARLTON
8      SENIOR JUDGE
    UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26