UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEAN A. DOGLIETTO, individually
and on behalf of all other
similarly situated,

        Plaintiffs,

   v.

AT SYSTEMS WEST, INC., et al.,

        Defendants.
_____/

NO. CIV. S-05-2269 LKK/DAD

O R D E R

    On March 6, 2006, the court ordered defendant and defendant's counsel to show cause within five days as to why each should not be held in contempt by this court for failure to pay plaintiff's counsel the sum of $5,000 for a frivolous motion to remand filed with this court.

    On March 10, 2006, defendant's counsel responded to the court's order and tendered evidence showing that plaintiff's counsel has been paid $5,000 as ordered by this court.

////

1

1     Accordingly, the order to show cause is hereby DISCHARGED.

2     IT IS SO ORDERED.

3     DATED: March 21, 2006.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2